UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FRANCISCO SOSA

vs. CA 05-123ML

A.T. WALL, Director of
Rhode Island Department
of Corrections

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **April 29, 2005.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
United States District Judge
April 4 ,2005

Entered as an Order of this Court April 5, 2005.

Barbara Barletta
Deputy Clerk

FILED

2