United States District Court
District of Rhode Island

Francisco Sosa
v.
Ashbel T. Wall,
Director of Department
of Corrections

CA. 05-123ML

Motion for Enlargement of Time

Now Comes petitioner, Francisco Sosa, pro se, respectfully requesting an enlargement of time in accordance with Fed. R. Civ. P. 6(b) Enlargement. United States Magistrate Judge, Lincoln D. Almond, has completed his preliminary review of petitioner's §2254 Federal Habeas Corpus Petition entitled "Report and Recommendation See: Fed. R. Civ. P. 72(a) and dated this document June 3, 2005. With a (10) day period to respond with an objection already in effect, petitioner humbly requests of the Court an additional (10) days thereby moving the deadline to respond to June 23, 2005. At which time an objection will be completed and submitted. See: Fed. R. Civ. P. 72(b).

Given the precarious position as a pro se litigant, coupled with the scheduling conflicts

Continued...

for law library access at Rhode Island's Maximum Security, a mere (10) days would place undue pressure on this petitioner's ability to adequately object to Magistrate Almond's learned assertions.

Thank you very much as this petitioner prays for this Court to grant a (10) day enlargement of time.

Respectfully Submitted,

X ________________

## Certification

I hereby swear a true copy of this motion was mailed to Aaron Weisman of the Rhode Island Attorney General's Office at 150 S. Main St. Providence, RI on June 7th 2005.

X Francisco Sosa