United States District Court
District of Rhode Island

Francisco Sosa, Plaintiff :
vs. :
Ashbel T. Wall, Defendant : CA. 05-123ML
Director of Department of
Corrections :

Objection to Report and Recommendation

Now Comes petitioner, Francisco Sosa, respectfully submitting the following objection to United States Magistrate Judge Lincoln Almond's "Report and Recommendation", whereby the proposal was to DISMISS WITH PREJUDICE. Petitioner moves in accordance with Fed. R. Civ. P. 72(b); D.R.I. Local R. 32.

Mixed Petition:

The fifth and final ground raised in the § 2254 Federal Habeas Corpus petition has been deemed "unexhausted" and though unbeknownst to petitioner at the time of filing, thus renders this petition mixed.

The ineffective assistance of counsel claim is devoid of a complete record and would be

premature in deeming the issue meritless at this time. A determination of attorney hearing took place in the Providence County Superior Court for the Post Conviction Application which originally contained this claim. Under the adoptive procedures in State vs. Shatney 755 A.2d 130 this petitioner was denied due process. Though the record is unclear, Kenneth Vale, the attorney representing petitioner at the time, was ordered dismissed and the entire Post Conviction action was denied.

Petitioner moved ahead with the §2254 Federal Habeas in fear of exceeding the 1-year time limitation imposed by the (AEDPA).

The Rhode Island Superior Court also acted prematurely, with all due respect, as any claim of counsel's ineffectiveness requires an evidentiary hearing. See: State vs. Hughes, 609 A.2d 944, & State vs. Randall 609 A.2d 949

Rhines vs Weber, 125 S. Ct. 1528, as was cited by Magistrate Almond, allows for the unexhausted issue to return to the state court under limited circumstances, and ensures litigants will not abuse their access to federal relief.

Petitioner asks for the "Stay and Abeyance" so he may request of the state court an evidentiary hearing on the ineffective assistance claim.

120 days should be a fair amount of time to hold an evidentiary hearing, appeal the ruling should it prove unsuccessful, and then return to the Rhode Island District Court.

WHEREFORE, petitioner, too, relies on Rhines vs. Weber in requesting a "Stay and Abeyance". And humbly requests of the court 120-days to return to the state court.

Otherwise, petitioner stands by the facts and merit of the originally submitted § 2254 and respectfully objects to Magistrate Almond's findings.

Thank you.

Respectfully submitted,

x Francisco Sosa
Francisco Sosa
P.O. Box 8273
Cranston, RI
02920

Certification

I hereby swear a true copy was sent to the Attorney General's office at 150 S. Main St., Prov., RI on June 22, 2005

x Francisco Sosa