# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**FRANCISCO SOSA**

**v.**

**C.A. NO: 05-123ML**

**ASHBEL T. WALL, Director**
**of the Department of Corrections**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, Ashbel T. Wall, against the petitioner, Francisco Sosa pursuant to the Memorandum and Order of this date adopting the Report and Recommendation of Magistrate Judge Almond isssued on June 3, 2005. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is hereby DISMISSED with prejudice..**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: June 30, 2005**